TO: Clerks Office
U.S.A. District Court
For State of North
Carolina

FROM: Donald Beck
Federal Prison Camp-Edgefield
P.O. BOX 725
March 4, 2019
Re: First STEP ACT, S. 756 enacted Dec. 21, 2018
Case No.: 1:13CR186-5

Dear Clerk,
I am writing to you today in refence of the First STEP ACT, S. 756, 2018. Whereas, I qualify for the newly enacted Act, that was passed on December 21, 2018. I ask that the Court either impose a new sentence under 404(b) and bring me back for a resentencing hearing. As well as to take into consideration of 3553(a) factors. Moreover, the petitioner humbly request that this court grants him the relief sought under this new act.

CC: AM
File
ECF

Respectfully Submitted
DONALD BECK
29104-057
Federal Prison Camp Edgefield
P.O. BOX 725
Edgefield, South Carolina 29824

Pro Se

Title 28 U.S.C. § 1746

Executed on this _____ Day of _____ 2019

Clerk of Court